Filer's Name, Address, Phone, Fax, Email:

hib_2002g (7/2013)



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 BISHOP STREET, SUITE 250
HONOLULU, HI 96813

| Debtor(s): **Lawrence Robert Christensen** | Chapter: **7** | Case No.: **14-00346** |
|---|---|---|

## NOTICE OF CHANGE OF ADDRESS
*See instructions below to ensure correct use of this form.**

Notice is hereby given of the following change of address effective immediately or 4/3/2014 .

[X] Address of the debtor(s)

[ ] Address for a creditor or party in interest (notice must be filed in all pending cases)

| *Name and* **OLD** *Address:* | *Name and* **NEW** *Address:* |
|---|---|
| Lawrence R. Christensen<br>1080 South Beretania Street, #102<br>Honolulu, HI 96814-1444 | Lawrence R. Christensen<br>P.O. Box 861290<br>Wahiawa, HI 96786 |

I declare under penalty of perjury that the information above is correct to the best of my knowledge.

Dated: 4/3/2014

/S/ GREG DUNN
*Signature & Printed Name*

*Please note:
- For a change of a payment or notice address related to a claim, use **Notice of Change of Address (Proof of Claim)**
- For a change of the creditor's name for a proof of claim, file a **Notice of Transfer of Claim** (fee required)
- To add a creditor, file an **Amended Creditor List** (fee required)
- To correct or change the name of a debtor (e.g., due to marriage or divorce), use **Debtor's Notice of Name Change**
- For a change of an attorney's address or firm affiliation, use **Attorney's Notice of Change of Address or Firm Affiliation**

U.S. Bankruptcy Court - Hawaii  #14-00346  Dkt # 8  Filed 04/03/14  Page 1 of 1